UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

Sigrid Cetino

Defendant

ORDER

26 CR 329-0010

Nelson Stephen Roman, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment at the discretion of Pretrial Services.

Dated: White Plains, New York
September 10, 2026

SO ORDERED:

Nelson Stephen Roman
United States District Judge